The relief described hereinbelow is SO ORDERED

Done this 28th day of March, 2012.



*Dwight H. Williams, Jr.*
*Dwight H. Williams, Jr.*
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: ) | | |
| **ANISSA S. CLAY** ) | Chapter **13** | |
|   Debtor(s) ) | Case No. **11-03096** | |
| ) | | |
| ANISSA S. CLAY ) | | |
|   Plaintiff(s) ) | | |
| ) | | |
| v. ) | Adv. Pro.No. 11-32322 | |
| ) | | |
| FIRST TUSKEGEE BANK ) | | |
|   Defendant(s) ) | | |

### JOINT STIPULATIONS AND ORDER ON ADVERSARY PROCEEDING

The Plaintiff and Defendant, First Tuskegee Bank, above-named, have stipulated to the following facts and allegations with respect to the above Adversary Proceeding now pending:

1. That this matter is a core proceeding pursuant to 28 U.S.C. Section 157, and that the Court has jurisdiction pursuant to 28 U.S.A. Sections 151, 157 and 1334.

2. That this Complaint was filed, pursuant to 11 U.S.C. 506, and in accordance with Bankruptcy Rule 7001, to value their residence for the purpose of determining the secured status of the mortgage claim held by First Tuskegee Bank.

3. That the Plaintiff filed this bankruptcy case on September 12, 2011 seeking protection under Chapter 13 Title 11 of the United State Code.

4. That the Defendant First Tuskegee Bank is a corporation and/or a partnership with an office and principal place of business located at 600 Adams Avenue, Montgomery, Alabama 36104.

5. That this Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Section 157 and 1334 and 11 U.S.C. Section 547.

6. That the Plaintiffs' own real property is located at 5857 Old Selma Road, Montgomery, Alabama. The legal description of the property is as follows:

    Lot No. 9. according to the Robert Jarrett Plat No. 1. as recorded in the office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 47 page 157.

7. That CitiMortgage, Incorporated holds a first mortgage on such property with a payoff balance, as of the date this case was filed in the amount of approximately $168,810.42.

8. That CBNA holds a second mortgage on such property with a payoff balance, as of the date this case was filed in the amount of approximately $46,352.00

9. That First Tuskegee Bank holds a third mortgage on such property with a payoff balance, as of the date of this filing in the amount of approximately $184,094.00.

10. The fair market value of said property is not greater than $205,000.00.

11. That pursuant to 11 U.S.C. 506 of Bankruptcy code and re:Kidd, 161 B.R. 769(Bankr. E.D.N.C. 1993), the loan with First Tuskegee Bank, secured by a third Deed of Trust against Plaintiffs' said property, is an unsecured claim. In turn, pursuant to 11 U.S.C. 506(d), the lien securing said loan is void and upon completion of the Debtors' Chapter 13 plan, said lien would be extinguished, canceled or otherwise avoided.

12. That First Tuskegee Bank by consenting to the terms of this consent judgment do hereby consent to service and the above stipulations hereby constitute an answer to the underlying Adversary Proceeding.

    WHEREFORE, the above premises considered, it is hereby ORDERED:

    That pursuant to the above stipulations and answer of the Defendant, that said claim held by First Tuskegee Bank, which is secured by a second Deed of Trust upon said property, is deemed to be wholly unsecured, and that said claim should therefore be classified an unsecured claim for the purpose of this Chapter 13 case.

    It is further ordered, that pursuant to 11 U.S.C. 506(d), the lien securing said loan is void and upon completion of the Debtors' Chapter 13 plan, said lien would be extinguished, canceled

or otherwise avoided, however, the lien would survive should the underlying Chapter 13 case be dismissed or converted to a Chapter 7.

###END OF ORDER###

Submitted by:

/s/ C. Brandon Sellers, III
C. Brandon Sellers, III
The Sellers Law Firm
P. O. Box 432
Greenville, Alabama 36037
334-382-6907
slfbnk@yahoo.com

Attorney for Defendant:
Leonard N. Math
Chambless Math Carr, P.C.
P. O. Box 230759
Montgomery, Alabama 36123
334-272-2230